IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH P. MAUZ, | : | 1:15-cv-1363 |
| Appellant, | : | Hon. John E. Jones III |
| v. | : | |
| WILLIAM LINK and KIMBERLY LINK, | : | |
| Appellees. | : | |

# ORDER

## January 11, 2016

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. Appellant's Appeal of the June 30, 2015 Opinion and Order of the Honorable Robert N. Opel, II, Bankruptcy Judge for the Middle District of Pennsylvania is **DENIED**.

2. The stay of the Bankruptcy Court's June 30, 2015 Order is **LIFTED**.

3. Appellees' Motion for Reconsideration (Doc. 9) is **DISMISSED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** this case.

s/ John E. Jones III
John E. Jones III
United States District Judge